# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>v.<br><br>RUBEN CERVANTES, TRUSTEE OF THE CERVANTES FAMILY TRUST, DATED NOVEMBER 12, 2013, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00066-LJO-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS RUBEN CERVANTES, TRUSTEE OF THE CERVANTES FAMILY TRUST, DATED NOVEMBER 12, 2013, AND LEONARDA CERVANTES, TRUSTEE OF THE CERVANTES FAMILY TRUST, DATED NOVEMBER 12, 2013<br><br>(ECF No. 10) |

On March 8, 2017, Plaintiff filed a notice of voluntary dismissal with prejudice as to Defendants Ruben Cervantes, Trustee of The Cervantes Family Trust, dated November 12, 2013, and Leonarda Cervantes, Trustee of The Cervantes Family Trust, dated November 12, 2013, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 10.) Defendants Ruben Cervantes, Trustee of The Cervantes Family Trust, dated November 12, 2013, and Leonarda Cervantes, Trustee of The Cervantes Family Trust, dated November 12, 2013, have not filed a responsive pleading in this action. In light of this, Defendants Ruben Cervantes, Trustee of The Cervantes Family Trust, dated November 12, 2013, and Leonarda Cervantes, Trustee of The Cervantes Family Trust, dated November 12, 2013, have been terminated, see Federal Rule of Civil Procedure 41(a)(1)(A)(i); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and have been dismissed with prejudice. Accordingly, the Court directs the Clerk of Court to

terminate Defendants Ruben Cervantes, Trustee of The Cervantes Family Trust, dated November 12, 2013, and Leonarda Cervantes, Trustee of The Cervantes Family Trust, dated November 12, 2013, from this action.

IT IS SO ORDERED.

Dated: **March 9, 2017**

UNITED STATES MAGISTRATE JUDGE