# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>  Plaintiff,<br><br>  v.<br><br>RUBEN CERVANTES, et al.,<br><br>  Defendants. | Case No.  1:17-cv-00066-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 15) |

This action was filed on January 13, 2017.  (ECF No. 1.)  On March 8, 2017, Plaintiff filed a notice of voluntary dismissal with prejudice as to Defendants Ruben Cervantes, Trustee of The Cervantes Family Trust, dated November 12, 2013, and Leonarda Cervantes, Trustee of The Cervantes Family Trust, dated November 12, 2013, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (ECF No. 10.)  On March 10, 2017, the Court directed the Clerk of the Court to terminate Defendants Ruben Cervantes, Trustee of The Cervantes Family Trust, dated November 12, 2013, and Leonarda Cervantes, Trustee of The Cervantes Family Trust, dated November 12, 2013, from this action.  (ECF No. 11.)

On March 27 2017, Plaintiff filed a notice of voluntary dismissal with prejudice of the entire action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  (ECF No. 15.)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his

1 action prior to service by the defendant of an answer or a motion for summary judgment.' "
2 <u>Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.</u>, 193 F.3d 1074, 1077 (9th Cir. 1999)
3 (quoting <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997)).  The Ninth Circuit has
4 held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet
5 to serve an answer or motion for summary judgment.  <u>Pedrina v. Chun</u>, 987 F.2d 608, 609 (9th
6 Cir. 1993).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required,
7 the parties are left as though no action had been brought, the defendant can't complain, and the
8 district court lacks jurisdiction to do anything about it."  <u>Commercial Space Mgmt. Co., Inc.</u>, 193
9 F.3d at 1078.  In this action, no defendant has filed an answer or other responsive pleading.

10 　　　Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this
11 case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **March 28, 2017**

UNITED STATES MAGISTRATE JUDGE